**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MARY THOMAS, | ) |
| Plaintiffs, | ) Case No.: 1:18-cv1494 |
| | ) |
| v. | ) Judge Claude M. Hilton |
| | ) Magistrate Judged John F. Anderson |
| CAPITAL ONE BANK (USA) N.A., | ) |
| Defendant. | ) |

## **NOTICE OF SETTLEMENT**

Plaintiff MARY THOMAS notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 15th day of August 2019.

By: */s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.,Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
Attorney for Plaintiff, MARY THOMAS

1
2
3
4
5

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
*Pro Hac Vice*
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
Attorney for Plaintiff, MARY THOMAS

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2019 I filed Plaintiff MARY THOMAS' Notice of Settlement using the CM/ECF system, which will provide notice to the following:

John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202 661-2299
Email: sadlerj@ballardspahr.com
ATTORNEY TO BE NOTICED

By: */s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.,Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
Attorney for Plaintiff, MARY THOMAS


By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
*Pro Hac Vice*
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
Attorney for Plaintiff, MARY THOMAS

NOTICE OF SETTLEMENT