UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARY THOMAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　Defendants. | Case No: 1:18-cv-01494-CMH-JFA<br><br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Mary Thomas ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ John D. Sadler (with permission)*
John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.,Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
*COUNSEL FOR PLAINTIFF*

*/s/ Jeffrey Lohman*
Jeffrey Lohman Bar #032315
*Pro Hac Vice*
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2019, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

/s/ Francis A. Webb
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd., Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com


/s/ Jeffrey Lohman
Jeffrey Lohman Bar #032315
*Pro Hac Vice*
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com