UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARY THOMAS,<br><br>    Plaintiff,<br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>    Defendant. | Case No. 1:18-cv-01494-CMH-JFA |

### [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Mary Thomas ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant is DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

It is so ORDERED.

Dated: Aug. 19, 2019

_____
Claude M. Hilton
United States ~~Magistrate~~ Judge